[No. 16737-2-III.    Division Three.    March 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN LEE
LUEDKE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 95-1-00751-4, Kenneth L. Jorgensen, J.,
entered September 12, 1997. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Schultheis, C.J., and
Kato, J.

[Nos. 16122-6-III; 16807-7-III.    Division Three.    March 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON PERCY
HOWARD, *Appellant*.

Appeals from a judgment of the Superior Court for
Spokane County, No. 96-1-01038-4, Kenneth Kato, J.,
entered September 26, 1996. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Schultheis, C.J., and
Kurtz, J.

[No. 17126-4-III.    Division Three.    March 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY ISAAC
WHARTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 97-1-00646-1, James P. Hutton, J., entered
December 16, 1997. *Affirmed* by unpublished opinion per
Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 16649-0-III.    Division Three.    March 2, 1999.]

*In the Matter of the Marriage of* LETA PATRICIA BAUER,
*Respondent*, and RICHARD CAROL BAUER, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 36072, Ted W. Small, J., entered April 29, 1997.
*Reversed* by unpublished opinion per Kurtz, J., concurred
in by Schultheis, C.J., and Kato, J.